Decided June 25, 1997

STATE OF CONNECTICUT *v.* MICHAEL DALY

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 912 (AC 15014), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Kirstin B. Coffin*, in support of the petition.

*Michele C. Lukban*, deputy assistant state's attorney, in opposition.

Decided June 25, 1997